# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| **BARBARA A. FARLEY,** **Plaintiff,** vs. **WILLIAM SONOMA INC.,** **Defendant.** | Civil Action No. 5:19-cv-12-KDB-DSC |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Defendant Sutter Street Manufacturing Inc.'s ("Defendant") Motion to Stay the Court's July 23, 2019 Pretrial Order and Case Management Plan (document #14).

The Motion is denied.

**SO ORDERED.**

Signed: September 23, 2019

David S. Cayer
United States Magistrate Judge